BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JEAN FARMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00162-JF |
| Plaintiff, | ) | **STIPULATION TO CONTINUE  STATUS** |
| v. | ) | **CONFERENCE; [PROPOSED] ORDER** |
| JEAN FARMER | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter, presently scheduled on Wednesday, September 9, 2009 be continued to Wednesday, September 30, 2009 at 9:00 a.m.  The reason for the continuance is defense counsel will be out of the district for medical reasons.

    The parties further agree and stipulate that time should be excluded from and including Wednesday, September 9, 2009 through and including Wednesday, September 30, 2009, for effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
No. 09-00162-JF                                              1

the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: September 4, 2009        _____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: September 4, 2009        _____/s/_____
GRANT FONDO
United States District Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference presently scheduled on Wednesday, September 9, 2009 is continued to Wednesday, September 30, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between September 9, 2009 through September 30, 2009, shall be excluded for effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 9/8/09        _____
HONORABLE JEREMY FOGEL
United States District Judge