1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JEAN FARMER

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00162-JF |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS** |
| v. ) | **CONFERENCE; [PROPOSED] ORDER** |
| JEAN FARMER ) | |
| Defendant. ) | |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter, presently scheduled on Wednesday, November 18, 2009 at 9:00 a.m. be continued to Wednesday, December 16, 2009 at 9:00 a.m.  The reason for the continuance is defense counsel will be out of the district for medical reasons.

   The parties further agree and stipulate that time should be excluded from and including Wednesday, November 18, 2009 through and including Wednesday, December 16, 2009, for effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: October 14, 2009            _____/s/_____
                                   NICHOLAS P. HUMY
                                   Assistant Federal Public Defender

Dated: October 14, 2009            _____/s/_____
                                   GRANT FONDO
                                   United States District Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference presently scheduled on Wednesday, November 18, 2009 at 9:00 a.m. is continued to Wednesday, December 16, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between November 18, 2009 through December 16, 2009, shall be excluded for effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 10/15/09                    _____
                                   HONORABLE JEREMY FOGEL
                                   United States District Judge