JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5035

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00162 JF |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] |
|    v. ) | ORDER CORRECTING MINUTES RE SPECIAL ASSESSMENT |
| JEAN LOUISE FARMER, ) | |
|    Defendant. ) | |

On December 16, 2009 the parties appeared before the Court for a regularly scheduled status hearing. At this hearing, the government filed a three count misdemeanor information, defendant waived indictment and pleaded guilty to each count of the information, and the Court sentenced the defendant. The minutes of that hearing reflect the Court ordered a special assessment of $25.00. The parties agree and stipulate that this entry is in error, in that the special assessment

///
///
///
///
///

*US v. Farmer*, CR 09-00162 JF
Stip. and [Proposed] Order re Judgment

1  should be $25.00 for each of the three counts to which the defendant pleaded guilty and,
2  therefore, the total special assessment is $75.00, and that the record should reflect the same.
3  DATED: December 24, 2009            JOSEPH P. RUSSONIELLO
                                        United States Attorney
4
5
                                        _____/S/_____
6                                       GRANT P. FONDO
                                        Assistant United States Attorney
7
8                                       _____/S/_____
                                        NICHOLAS P. HUMY
9                                       Assistant Federal Public Defender
10
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

*US v. Farmer*, CR 09-00162 JF
Stip. and [Proposed] Order re Judgment

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the minutes for the parties' December 16, 2009 hearing before the Court be amended to reflect that the total special assessment the defendant is required to pay is $75.00.

IT IS SO ORDERED.

DATED:  1/4/10

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

*US v. Farmer*, CR 09-00162 JF
Stip. and [Proposed] Order re Judgment